UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**IAN KERSEY,**

       **Plaintiff,**

  v.                               Case No. 25-C-1882

**WEL COMPANIES, INC.,**

       **Defendant.**

---

## ORDER

---

Plaintiff Ian Kersey brought this action on behalf of himself and all others similarly situated against Defendant WEL Companies, Inc., on November 26, 2025. Plaintiff's claims arise from Defendant's alleged failure to properly secure and safeguard the personally identifiable information of Plaintiff and the members of the proposed class. It appears this case is related to a number of cases presently before Judge Byron B. Conway. *See, e.g.*, *Reis v. WEL Companies, Inc.*, No. 25-cv-1851 (E.D. Wis.); *Hartleben v. WEL Companies, Inc.*, No. 25-cv-1861 (E.D. Wis.). The court hereby refers the case back to the Clerk's Office for reassignment to Judge Conway.

**SO ORDERED** at Green Bay, Wisconsin this 1st day of December, 2025.

                                            William C. Griesbach
                                            United States District Judge